1   BENJAMIN WAGNER CSBN 163581
    United States Attorney
2   DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH BARRY CSBN 203314
4   Special Assistant United States Attorney

5       160 Spear Street, 8th Floor
        San Francisco, California 94105
6       Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8

9   Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                          **FRESNO DIVISION**
11

12  PAMELA GAIL MORRIS-HAWKES,        )
    SSN:8393,                         )      Case No.  CIV-1:12-cv-00483-SMS
                        Plaintiff,    )
13                                    )      STIPULATION AND ORDER
                                      )      FOR A FIRST EXTENSION FOR
14          v.                        )      DEFENDANT TO FILE HIS OPPOSITION OR
                                      )      OTHERWISE RESPOND TO PLAINTIFF'S
15  MICHAEL J. ASTRUE,                )      OPENING BRIEF
    Commissioner of Social Security,  )
                                      )
16                      Defendant.    )
                                      )
17  _____ )

18          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

19  of the Court, that Defendant shall have a first extension, or until December 19, 2012, in which to file his

20  Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

21          This is Defendant's first request for an extension of time in this matter.

22

23

24                                      Respectfully submitted,

25  Dated: November 19, 2012           /s/ Young Cho_____
                                       (as authorized via telephone by Mr. Cho's assistant,
                                       Enedina Perez)
26                                     YOUNG CHO
                                       Attorney for Plaintiff

27

28

1

2

BENJAMIN WAGNER
United States Attorney

Dated: November 19, 2012          By    */s/ Elizabeth Barry*
                                        ELIZABETH BARRY
3                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant
4

5

6                                        ORDER

7

PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9   DATED: 11/20/2012                    /s/ SANDRA M .SNYDER
                                        SANDRA M. SNYDER
10                                       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28