```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5      160 Spear Street, 8th Floor
        San Francisco, California 94105
 6      Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
 7      Email: Elizabeth.Barry@ssa.gov

 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| PAMELA GAIL MORRIS-HAWKES, ) <br> SSN:8393, ) <br>         Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br>         Defendant. ) <br> ) <br> _____ ) | Case No.  CIV-1:12-cv-00483-SMS <br><br> STIPULATION AND ORDER <br> FOR A FIRST EXTENSION FOR <br> DEFENDANT TO FILE HIS OPPOSITION OR <br> OTHERWISE RESPOND TO PLAINTIFF'S <br> OPENING BRIEF |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a first extension, or until December 19, 2012, in which to file his Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

   This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: November 19, 2012            */s/ Young Cho*
                                    (as authorized via telephone by Mr. Cho's assistant, Enedina Perez)
                                    YOUNG CHO
                                    Attorney for Plaintiff

|   |   |   |
|---|---|---|
|   |   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: November 19, 2012 | By | _/s/ Elizabeth Barry_<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/20/2012                    /s/ SANDRA M .SNYDER
                                     SANDRA M. SNYDER
                                     UNITED STATES MAGISTRATE JUDGE