1  BENJAMIN WAGNER CSBN 163581
United States Attorney
2  DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5       160 Spear Street, 8th Floor
San Francisco, California 94105
6       Telephone:  (415) 977-8972
Facsimile:  (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8

9  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                         **FRESNO DIVISION**
11

12  PAMELA GAIL MORRIS-HAWKES,        )
    SSN:8393,                         )    Case No.  CIV-1:12-cv-00483-SMS
13                  Plaintiff,        )
                                      )    STIPULATION AND ORDER
14          v.                        )    FOR A SECOND EXTENSION FOR
                                      )    DEFENDANT TO FILE HIS OPPOSITION OR
15  MICHAEL J. ASTRUE,                )    OTHERWISE RESPOND TO PLAINTIFF'S
    Commissioner of Social Security,  )    OPENING BRIEF
15                                    )
16                  Defendant.        )
                                      )
17  _____  )

18       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

19  of the Court, that Defendant shall have a second extension, or until January 17, 2013, in which to file his

20  Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

21       The undersigned counsel for the Defendant requires additional time to consult with her client

22  regarding significant matters in this case. This request is not intended to cause intentional delay. This is

23  Defendant's second request for an extension of time in this matter.

24

25                                    Respectfully submitted,

26
    Dated: December 19, 2012          */s/ James A. Yoro*_____
27                                    (as authorized by email)
                                      James A. Yoro
28                                    Attorney for Plaintiff

1

2

3 BENJAMIN WAGNER
United States Attorney

4 Dated: December 19, 2012          By      */s/ Elizabeth Barry*_____
ELIZABETH BARRY

5 Special Assistant U.S. Attorney
Attorneys for Defendant

6

7

8 <u>ORDER</u>

9 PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

IT IS SO ORDERED.

11

**Dated:    December 20, 2012**          _____/s/ Sandra M. Snyder_____

12 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28