BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

160 Spear Street, 8th Floor
San Francisco, California 94105
Telephone:  (415) 977-8972
Facsimile:  (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| PAMELA GAIL MORRIS-HAWKES,<br>SSN:8393,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____ | Case No.  CIV-1:12-CV-00483-SMS<br><br>STIPULATION AND  ORDER<br>FOR REMAND PURSUANT TO SENTENCE<br>FOUR OF 42 U.S.C. § 405(g) |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

record, that this action be remanded to the Commissioner of Social Security for further administrative

action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

four.

/ / /

On remand, the administrative law judge (ALJ) is directed to: (1) reassess the severity of the claimant's impairments, including her mental impairments; (2) give further consideration to the medical opinions of record, including the opinion of Drs. Smith and Collins and articulate what weight is given to each; (3) reevaluate the claimant's residual functional capacity assessment; (4) reassess the claimant's credibility as set forth in SSR 96-7p, and (4) reassess steps four and five with the assistance of a vocational expert, if necessary.

Respectfully submitted,

Dated: December 26, 2012        */s/ James A. Yoro*
                                (as authorized by email)
                                James A. Yoro
                                Attorney for Plaintiff


                                BENJAMIN WAGNER
                                United States Attorney

Dated: December 26, 2012   By   */s/ Elizabeth Barry*
                                ELIZABETH BARRY
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant


                                ORDER


                           IT IS SO ORDERED.

**Dated:   January 2, 2013**          **/s/ Sandra M. Snyder**
                                UNITED STATES MAGISTRATE JUDGE

2