1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, 8th Floor
      San Francisco, California 94105
6     Telephone:  (415) 977-8972
      Facsimile:  (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9

                UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA
                   **FRESNO DIVISION**
11

12 PAMELA GAIL MORRIS-HAWKES,           )
   SSN:8393,                             )   Case No.  CIV-1:12-CV-00483-SMS
13            Plaintiff,                 )
                                         )   STIPULATION AND  ORDER
14       v.                              )   FOR REMAND PURSUANT TO SENTENCE
                                         )   FOUR OF 42 U.S.C. § 405(g)
15 MICHAEL J. ASTRUE,                    )
   Commissioner of Social Security,      )
                                         )
16            Defendant.                 )
                                         )
17 _____   )

18       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

19 record, that this action be remanded to the Commissioner of Social Security for further administrative

20 action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

21 four.

22 / / /

On remand, the administrative law judge (ALJ) is directed to: (1) reassess the severity of the claimant's impairments, including her mental impairments; (2) give further consideration to the medical opinions of record, including the opinion of Drs. Smith and Collins and articulate what weight is given to each; (3) reevaluate the claimant's residual functional capacity assessment; (4) reassess the claimant's credibility as set forth in SSR 96-7p, and (4) reassess steps four and five with the assistance of a vocational expert, if necessary.

Respectfully submitted,

Dated: December 26, 2012          */s/ James A. Yoro*
                                  (as authorized by email)
                                  James A. Yoro
                                  Attorney for Plaintiff


BENJAMIN WAGNER
United States Attorney

Dated: December 26, 2012    By    */s/ Elizabeth Barry*
                                  ELIZABETH BARRY
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant


ORDER

IT IS SO ORDERED.

**Dated:   January 2, 2013**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE